PROB 12C
(6/16)

Report Date: January 25, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 25, 2023

SEAN F. MCAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Edgar Armando Perez | Case Number: 0980 2:18CR00192-TOR-1 |
| Address of Offender: ▮▮▮▮▮▮▮▮▮ Garfield, Washington 99130 | |

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: July 8, 2021

| | | | |
|---|---|---|---|
| Original Offense: | Conspiracy to Distribute Methamphetamine and Heroin, 21 U.S.C. § 846 | | |
| Original Sentence: | Prison - 40 months<br>TSR - 60 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Caitlin A. Baunsgard | Date Supervision Commenced: | August 14, 2021 |
| Defense Attorney: | Amy H. Rubin | Date Supervision Expires: | August 13, 2026 |

### PETITIONING THE COURT

To issue a summons.

On August 26, 2021, the undersigned officer reviewed a copy of the conditions of supervision with Mr. Perez as outlined in the judgment and sentence. Mr. Perez signed his judgment acknowledging an understanding of those conditions.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #3**: You must refrain from any unlawful use of controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.<br><br>**Supporting Evidence**: Mr. Perez allegedly violated the above-stated condition of supervision by consuming cocaine, an illegal controlled substance, on or about January 12, 2023.<br><br>On January 18, 2023, Mr. Perez provided a random urine sample that tested presumptive positive for cocaine. He signed an admission of drug use form acknowledging his cocaine consumption on or about January 12, 2023. |

Prob12C
Re: Perez, Edgar Armando
January 25, 2023
Page 2

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    s/Mark E. Hedge

01/25/2023

Mark E. Hedge
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

Thomas O. Rice
United States District Judge

January 25, 2023

Date