PROB 12C  
(6/16)

Report Date: March 29, 2023

## United States District Court

#### for the

#### Eastern District of Washington

FILED IN THE  
U.S. DISTRICT COURT  
EASTERN DISTRICT OF WASHINGTON

Mar 30, 2023

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Edgar Armando Perez     Case Number: 0980 2:18CR00192-TOR-1

Address of Offender: ▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮ Garfield, Washington 99130

Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: July 8, 2021

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Distribute Methamphetamine and Heroin, 21 U.S.C. § 846 | |
| Original Sentence: | Prison - 40 months<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Caitlin A. Baunsgard | Date Supervision Commenced: August 14, 2021 |
| Defense Attorney: | Nicolas V. Vieth | Date Supervision Expires: August 13, 2026 |

### PETITIONING THE COURT

To issue a **warrant**.

On August 26, 2021, the undersigned officer reviewed a copy of the conditions of supervision with Mr. Perez as outlined in the judgment and sentence. Mr. Perez signed his judgment acknowledging an understanding of those conditions.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #3**: You must not unlawfully possess a controlled substance. You must refrain from any unlawful use of a controlled substance, including marijuana, which remains illegal under federal law.<br><br>**Supporting Evidence**: Mr. Perez allegedly violated the above-stated condition of supervision by consuming cocaine, an illegal controlled substance, on or about March 24 and 25, 2023.<br><br>On March 29, 2023, Mr. Perez provided a random urine sample that tested presumptive positive for cocaine. He signed an admission of drug use form acknowledging his cocaine consumption on or about March 24 and 25, 2023. |
| 2 | **Special Condition #4**: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance. |

Prob12C
Re: Perez, Edgar Armando
March 29, 2023
Page 2

**Supporting Evidence**: Mr. Perez allegedly violated the above-stated condition of supervision by consuming alcohol between March 10, through March 28, 2023.

On March 29, 2023, Mr. Perez signed an admission form explaining his use of alcoholic beverages.

The U.S. Probation Office respectfully recommends the Court issue a **warrant** requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  03/29/2023

s/Mark E. Hedge

Mark E. Hedge
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Thomas O. Rice
United States District Judge

March 30, 2023
Date